UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BLUEMILL LLC.,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00961-NONE-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Doc. No. 4)<br><br>ORDER TO ASSIGN TO DISTRICT JUDGE |

Plaintiff filed a Notice of Voluntary Dismissal on July 8, 2021. (Doc. No. 4). Plaintiff states she is dismissing this case with prejudice with "each party to bear [their] own costs and fees." (*Id.*). Defendant has not answered or moved for summary judgment. (*See* docket). The Court construes the Notice as brought under Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of Court shall assign this case to district judge, terminate all pending motions and deadlines, and CLOSE this action to reflect Plaintiff's voluntary dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: 　July 9, 2021　　　　　　　　　　　　　*/s/ Helena M. Barch-Kuchta*
　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1